```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
NYSIA STROUD                                     :

                Petitioner,                      :     ORDER

        -v.-                                     :
                                                       22 Civ. 5765 (VSB)(GWG)
SUSAN SQUIRES,                                   :

                Respondent.                      :
-------------------------------------------------------------X
```

**GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE**

In an undated letter filed on November 23, 2022 (Docket # 15), the petitioner makes an application for a stay. Respondent is directed to file her response to this application on or before December 9, 2022.

SO ORDERED.

Dated: November 28, 2022
       New York, New York

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge