UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
NYSIA STROUD                                         :

                        Plaintiff,              :        ORDER

        -v.-                                         :
                                                         22 Civ. 5765 (VSB) (GWG)
SUSAN SQUIRES,                                  :

                        Defendant.              :
------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE**

        The request to delay the filing of a reply brief made in petitioner's letter of December 6, 2022 (Docket # 17) is granted in part and denied in part.  Any reply shall be filed by February 24, 2023.

        Additionally, respondent is directed to supplement the record by filing on or before February 9, 2023, any further filings (beyond those contained in Docket # 13 at 340-90) in petitioner's post-conviction proceedings.

        SO ORDERED.

Dated: January 25, 2023
        New York, New York

                                                _____
                                                GABRIEL W. GORENSTEIN
                                                United States Magistrate Judge