UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
NYSIA STROUD                                      :

           Plaintiff,                 :        <u>ORDER</u>

   -v.-                                              :
                                                     22 Civ. 5765 (VSB) (GWG)
SUSAN SQUIRES,                                :

           Defendant.             :
------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE**

      Petitioner has sent the Court a letter dated February 22, 2023 (Docket # 22) that appears to seek an extension of the deadline to file an application for leave to appeal a state court decision of her § 440 motion. The Court will not act on that request because this Court has no authority to extend deadlines in the state court proceedings. Any such request must instead be directed to the appropriate state court.

      In a previous Order dated January 25, 2023 (Docket # 20), the Court had set a deadline of February 24, 2023, for petitioner to file any reply brief. If petitioner wishes to file that reply, she must do so by March 20, 2023.

      Additionally, we remind petitioner that she must provide a mailing address as soon as one is available.

      Finally, the petitioner should be aware that the Pro Se Intake Unit at the United States Courthouse, 40 Foley Square, Room 105, New York, New York 10007 ((212) 805-0175) may be of assistance to the plaintiff in connection with court procedures.

      SO ORDERED.

Dated: February 27, 2023
       New York, New York

                                                                         GABRIEL W. GORENSTEIN
                                                                         United States Magistrate Judge