UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
NYSIA STROUD,

                Petitioner,                22 **CIVIL** 5765 (VSB)(GWG)

    -against-                      **<u>JUDGMENT</u>**

SUSAN SQUIRES,

                Respondent.
-----------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated May 23, 2023, the Court adopts the Report & Recommendation in its entirety. Stroud's Petition for a Writ of Habeas Corpus is DENIED. Stroud's request for a stay, is also DENIED.

**Dated:** New York, New York

      May 23, 2023

                                            **RUBY J. KRAJICK**

                                                  **Clerk of Court**

                        **BY:**

                                                  **Deputy Clerk**